# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>     v.<br><br>Oscar Javier SANTANA,<br><br>                 Defendant. | Case No.: 21MJ8369<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18 United States Code, Section 1001 – False Statement to Federal Officer. |

The undersigned complainant being duly sworn states:

On or about May 1 2021, within the Southern District of California, defendant, Oscar Javier SANTANA, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make a false, fictitious, and fraudulent statement and representation as to a material fact in that, defendant did represent and state to a Customs and Border Protection Officer his purpose of travel and negative

customs declaration regarding the smuggling of goods, when, in truth and fact, as defendant then and there well knew, the statements and representations were false, fictitious and fraudulent when made; in violation of Title 18 United States Code, Section 1001.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Andrew Schloe
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this __3rd__ day of May 2021.

HON. RUTH BERMUDEZ MONTENEGRO
U. S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
OSCAR JAVIER SANTANA

**STATEMENT OF FACTS**

This Complaint and Statement of Facts is based on the reports, documents, and notes furnished to United States Homeland Security Investigations Special Agent Andrew Schloe. I hereby swear under penalty of perjury that the below is true and correct to the best of my knowledge, information, and belief.

On May 1, 2021, at approximately 12:20 a.m., OSCAR JAVIER SANTANA ("SANTANA"), a United States Citizen, applied for entry into the United States from Mexico through the Calexico West, California Port of Entry pedestrian lanes, and presented a California Identification Card. SANTANA said that he was going back home after visiting the casino in Mexico.

A Customs and Border Protection Officer received a negative Customs declaration from SANTANA. Due to SANTANA displaying signs of nervousness, he was referred to secondary for further inspection.

While conducting a pat down of SANTANA in the secondary inspection area, a Customs and Border Protection Officer, while checking SANTANA's groin area, felt him (SANTANA) clenching his buttocks numerous times. Due to this, a Canine Enforcement Officer and his Human Narcotic Detector Dog were notified.

Upon responding, the Human Narcotic Detector Dog positively alerted to the odor of drugs in SANTANA's groin area. At that point, a Customs and Border Protection Officer

3

conducted a partial pat down of SANTANA. During the pat down, SANTANA became physically combative, non-compliant, and was not following instructions. During this time, a Customs and Border Protection Officer observed what appeared to be a small plastic bag coming out of SANTANA's buttock.

SANTANA refused to remove the item and was asked for consent to perform a pelvic exam and X-Ray, which SANTANA refused. A search warrant for the search of SANTANA was obtained and SANTANA was transported to the El Centro Regional Medical Center (ECRMC) in El Centro, California.

At ECRMC, an X-Ray was conducted on SANTANA. Results of the X-Ray showed anomalies in SANTANA's pelvic area. SANTANA was shown his X-Ray photograph and asked to remove the item. SANTANA said that the item was approximately half of an ounce of methamphetamine and ultimately ejected it himself from his anal cavity. SANTANA said he lied about having anything in his rectum because he was scared that he was going to jail.

SANTANA was placed under arrest at approximately 10:00 a.m.

SANTANA was transported back to the Calexico West Port of Entry upon discharge, read his Miranda Rights at 12:00 p.m., and acknowledged his rights. During a post-Miranda interview, SANTANA said that he lied to the Customs and Border Protection Officer about going to the casino in Mexico. SANTANA clarified that he actually went to Mexico to purchase a personal use amount of methamphetamine. He further explained that he told

4

Customs and Border Protection Officers and Homeland Security Investigations Special Agents, that he did not have anything in his rectum due to a fear of going back to prison.

SANTANA was arrested and charged with a violation of Title 18 United States Code, Section 1001, false statement to a federal officer. SANTANA was booked, processed, fingerprinted, and issued a notice to appear for May 13, 2021.

Andrew Schloe, Special Agent
Homeland Security Investigation

**On the basis of the facts presented in the probable cause statement consisting of two page(s), I find probable cause to believe that the defendant(s) named in this probable statement committed the offense on May 1, 2021 in violation of Title 18, United States Code, Section 1001.**

The Honorable William V. Gallo
United States Magistrate Judge

18:37, May 1, 2021

Date/Time

5